# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3518

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Johnny Woodson, also known as | * | Eastern District of Arkansas. |
| Gun-T, | * | |
| | * | **[UNPUBLISHED]** |
| Defendant - Appellant. | * | |

_____

Submitted: May 14, 1999

Filed: July 26, 1999

_____

Before LOKEN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Johnny Woodson was convicted of two drug trafficking offenses, conspiracy to distribute cocaine base and distribution of cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and 846. He was sentenced to 360 months in prison on each count, the sentences to run concurrently. Woodson appeals, arguing there was insufficient evidence to convict him of the conspiracy count.

Numerous witnesses testified they repeatedly purchased crack cocaine from Woodson, often in distribution quantities. Michael Brown testified Woodson "would usually front me the dope," meaning "I pay him the money for the dope once I [re]sell it," and that Brown would "cook up" crack cocaine for Woodson. Larry Washington testified that he distributed but never used crack cocaine, and that he made three purchases totaling 19.5 ounces of crack cocaine from Woodson for resale. Reviewing all the evidence in the light most favorable to the jury verdict, as we must, we conclude the evidence amply supports Woodson's conviction for conspiracy to distribute cocaine base. See, e.g., United States v. Miller, 91 F.3d 1160, 1162 (8th Cir. 1996).

The judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.